**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FRANK A. CARUSO

      v.                                    Civil No.  3:00CV924(EBB)

SIEMENS BUSINESS
COMMUNICATION SYSTEMS, INC.

**JUDGMENT**

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

On April 29, 2002, judgment entered for the defendant and the case was closed.  An appeal was filed, and on February 27, 2003, a mandate entered remanding the case to the District Court.

The Court has reviewed all of the papers filed in conjunction with the motion, and on February 5, 2004, a Remanded Ruling on Motion for Summary Judgment entered granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 10th day of March, 2004.

                                      KEVIN F.  ROWE, CLERK
                                      By        /s/

                                      Melissa Ruocco
                                      Deputy Clerk

EOD: _____