UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | CIVIL ACTION NO. |
| FRANK A. CARUSO | : | |
| Plaintiff, | : | 3:00CV0924 (EBB) |
| | : | |
| v. | : | |
| | : | |
| SIEMENS BUSINESS | : | |
| COMMUNICATION SYSTEMS, INC. | : | |
| Defendant. | : | March 15, 2004 |
| _____ | : | |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, the plaintiff in the above-matter, Frank A. Caruso, hereby files this notice of appeal to the United States Court of Appeals for the Second Circuit from the order of the Court dated February 5, 2004 granting summary judgment to the defendant and from the judgment for the defendant entered in this action on March 10, 2004.

        Respectfully Submitted,
        THE PLAINTIFF
        FRANK A. CARUSO


BY:_____
    Atty. Jonathan L. Gould ct05237
    Law Offices of Jonathan L. Gould
    214 Main Street
    Hartford, CT 06106
    Tel. No. (860) 278-9115
    Fax No. (860) 278-9124
    His Attorney

2

**Certificate of Service**

      This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, to defendant's counsel of record on March 15, 2004 as follows:

Atty. Alan D. Berkowitz
Atty. Melissa Bergman Squire
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

                                                  _____
                                                  Jonathan L. Gould