# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** March 18, 2004  **TO:** Intake Clerk

**FROM:** Joanne Pesta 203-773-2140

*FILED MAR 29  3 15 PM '04  US DISTRICT COURT  NEW HAVEN, CONN.*

**CASE TITLE:** Caruso v Siemens Business Comm Syst Inc

**DOCKET NO.:** 3:00-cv-924(EBB)

**NOTICE OF APPEAL:** filed: March 17, 2004

**APPEAL FROM:**   final judgment: **X**

   interlocutory: __

   other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party **Y**

   All parties are listed on Docket Sheet (Including Third Parties) **Y**

   All docket entries and dates are included **Y**

**FEE STATUS:**   Paid ____   Due ✓   N/A ____

   IFP revoked ____   Application Attached ____

   IFP pending before district judge ____

**COUNSEL:**   CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:**   Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:**  Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _Stanley A. Harder_  **DATE:** 03/23/04
DEPUTY CLERK, USCA

**USCA No.** 04-1478