**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| _____ | : | CIVIL ACTION NO. |
| FRANK A. CARUSO | : | |
| Plaintiff, | : | 3:00CV0924 (EBB) |
| | : | |
| v. | : | USCA No. 04-1478 |
| | : | |
| SIEMENS BUSINESS | : | |
| COMMUNICATION SYSTEMS, INC. | : | |
| Defendant. | : | April 5, 2004 |
| _____ | : | |

**INDEX TO RECORD ON APPEAL**

| | |
|---|---|
| Certified copy of docket sheet | 1 |
| Complaint filed 5/19/00 (Doc. No. 1) | 2 |
| Answer to Complaint filed 7/12/00 (Doc. No. 10) | 3 |
| Motion for Summary Judgment filed 11/15/01 (Doc. No. 23) | 4 |
| Memorandum In Support of Motion for Summary Judgment filed 11/15/01 (Doc. No. 24) | 5 |
| Statement of Material Facts filed 11/15/01 (Doc. No. 25) | 6 |
| Memorandum In Opposition To Motion for Summary Judgment filed 12/20/01 (Doc. No. 29) | 7 |
| Statement of Material Facts filed 12/20/01 (Doc. No. 32) | 8 |
| Reply Brief In Support of Motion for Summary Judgment filed 1/24/02   (Doc. No. 31) | 9 |
| Order of Transfer filed 4/10/02 (Doc. No. 33) | 10 |
| Ruling granting Motion for Summary Judgment filed 4/25/00 (Doc. No. 34) | 11 |
| Judgment for defendant filed 4/29/02 (Doc. No. 35) | 12 |
| Notice of Appeal filed 5/24/02 (Doc. No. 36) | 13 |

| Document | Page |
|---|---|
| Amended 56(c)(2) Statement Frank A. Caruso filed 2/24/03 (Doc. No. 40) | 14 |
| Memorandum in support of Motion for Summary Judgment filed 9/25/03 (Doc. No. 41) | 15 |
| Memorandum in Opposition to Motion for Summary Judgment filed 10/7/03 (Doc No. 42) | 16 |
| Remanded Ruling granting Motion for Summary Judgment Filed 2/6/04 (Doc. No. 43) | 17 |
| Judgment for Defendant filed 3/11/04 (Doc. No. 44) | 18 |
| Notice of Appeal filed 3/18/04 (Doc. No. 45) | 19 |

Respectfully Submitted,

THE PLAINTIFF-APPELLANT
FRANK A. CARUSO

BY:_____
Atty. Jonathan L. Gould ct05237
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel. No. (860) 278-9115
Fax No. (860) 278-9124
His Attorney

### Certificate of Service

    This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, to counsel of record on April 5, 2004 as follows:

Atty. Alan D. Berkowitz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

                                _____
                                Jonathan L. Gould