A1

Nhct





## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED
APR 6 12 45 PM '04
NEW HAVEN COURT
CONN.

| | |
|---|---|
| FRANK A. CARUSO<br>Plaintiff, | CIVIL ACTION NO.<br>3:00CV0924 (EBB)<br>USCA No. 04-1478 |
| v. | |
| SIEMENS BUSINESS<br>COMMUNICATION SYSTEMS, INC.<br>Defendant. | April 5, 2004 |

FILED
APR 14 2004
Roseann B. MacKechnie CLERK
SECOND CIRCUIT

### INDEX TO RECORD ON APPEAL

Certified copy of docket sheet                                                        1

Complaint filed 5/19/00 (Doc. No. 1)                                                 2

Answer to Complaint filed 7/12/00 (Doc. No. 10)                                     3

Motion for Summary Judgment filed 11/15/01 (Doc. No. 23)                            4

Memorandum In Support of Motion for Summary Judgment
filed 11/15/01 (Doc. No. 24)                                                         5

Statement of Material Facts filed 11/15/01 (Doc. No. 25)                            6

Memorandum In Opposition To Motion for Summary Judgment                             7
filed 12/20/01 (Doc. No. 29)

Statement of Material Facts filed 12/20/01 (Doc. No. 32)                            8

Reply Brief In Support of Motion for Summary Judgment                               9
filed 1/24/02   (Doc. No. 31)

Order of Transfer filed 4/10/02 (Doc. No. 33)                                       10

Ruling granting Motion for Summary Judgment filed 4/25/00                           11
(Doc. No. 34)

Judgment for defendant filed 4/29/02 (Doc. No. 35)                                  12

Notice of Appeal filed 5/24/02 (Doc. No. 36)                                        13

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND _____
VOLUMES OF ORIGINAL RECORD.

DATE: 4/15/04  SC
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

Amended 56(c)(2) Statement Frank A. Caruso filed 2/24/03 (Doc. No. 40)   14

Memorandum in support of Motion for Summary Judgment
filed 9/25/03 (Doc. No. 41)                                              15

Memorandum in Opposition to Motion for Summary Judgment
filed 10/7/03 (Doc No. 42)                                               16

Remanded Ruling granting Motion for Summary Judgment
Filed 2/6/04 (Doc. No. 43)                                               17

Judgment for Defendant filed 3/11/04 (Doc. No. 44)                       18

Notice of Appeal filed 3/18/04 (Doc. No. 45)                             19

Respectfully Submitted,

THE PLAINTIFF-APPELLANT
FRANK A. CARUSO

BY: _____

Atty. Jonathan L. Gould ct05237
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel. No. (860) 278-9115
Fax No. (860) 278-9124
His Attorney

## Certificate of Service

This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, to counsel of record on April 5, 2004 as follows:

Atty. Alan D. Berkowitz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

_____
Jonathan L. Gould

2