UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK A. CARUSO<br>Plaintiff,<br><br>v.<br><br>SIEMENS BUSINESS<br>COMMUNICATION SYSTEMS, INC.<br>Defendant. | CIVIL ACTION NO.<br><br>3:00CV0924 (EBB)<br><br><br><br>April 1, 2005 |

### STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs or attorneys fees to either of the parties.

Respectfully submitted,

FOR THE PLAINTIFF,
FRANK A. CARUSO

BY: *(signature)*
Atty. Jonathan L. Gould
Fed. Bar No. CT05237
Kestell & Associates
717 D Street NW, Suite 100
Washington, DC 20004
Tel. No. (202) 347-3889

His Attorney

FOR THE DEFENDANT,
SIEMENS BUSINESS
COMMUNICATION SYSTEMS, INC.

BY: *Alan Berkowitz*
Atty. Alan D. Berkowitz
Fed. Bar No. CT21532
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

Its Attorneys

### Certificate of Service

This hereby certifies that a copy of the foregoing has been mailed, first-class, postage prepaid on April 1, 2005 to all counsel of record as follows:

Atty. Alan D. Berkowitz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

*Jonathan L. Gould*
Jonathan L. Gould

2