**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

nhcf
00-cv-924
Burns

2005 MAY NO. 04-2478

| | |
|---|---|
| FRANK A. CARUSO<br>Plaintiff,<br><br>v.<br><br>SIEMENS BUSINESS<br>COMMUNICATION SYSTEMS, INC.<br>Defendant. | U.S. DISTRICT COURT<br>NEW HAVEN, CT<br><br><br>April 1, 2005 |

UNITED STATES COURT OF APPEALS
FILED
MAY 19 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION FOR DISMISSAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties hereby agree to dismiss the above-captioned appeal, with prejudice, but without costs or attorneys fees to either of the parties.

Respectfully submitted,

FOR THE PLAINTIFF-APPELLANT,
FRANK A. CARUSO

BY: _____
Atty. Jonathan L. Gould
Kestell & Associates
717 D Street NW, Suite 100
Washington, DC 20004
Tel. No. (202) 347-3889
Fed. Bar No. CT05237

His Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 5/20/05

FOR THE DEFENDANT-APPELLEE,
SIEMENS BUSINESS
COMMUNICATION SYSTEMS, INC.

BY: *[signature]*
Atty. Alan D. Berkowitz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Its Attorneys

### Certificate of Service

This hereby certifies that a copy of the foregoing has been mailed, first-class, postage prepaid on April 1, 2005 to all counsel of record as follows:

Atty. Alan D. Berkowitz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

*[signature]*
Jonathan L. Gould


So ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *[signature]*
Stanley A. Bass, Staff Counsel

May 19, 2005

2